IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| -vs-            ) | No. CR-23-105-D |
| ) | |
| DAVID JOHN-MATTHEW DAVIS and  ) | |
| CHRISTIAN DELEON LANE,            ) | |
| ) | |
| Defendants.     ) | |

# ORDER

The Court has received *pro se* filings by Defendants David Davis and Christian Lane, each entitled "Motion to Dismiss Indictment" [Doc. Nos. 63 and 66]. Mr. Davis has made additional filings related to his motion [Doc. Nos. 64 and 65].

Defendants have legal representation through experienced defense attorneys appointed by the Court. Because Defendants are represented by counsel, the Court finds no need for Defendants personally to make written submissions. A defendant has no right to hybrid representation in which he both represents himself and is represented by counsel. *See United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975); *see also United States v. Chavis*, 461 F.3d 1201, 1205 06 (10th Cir. 2006); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995). Although a trial court has discretion to permit such representation in a particular case, the Court declines to exercise such discretion here.

**IT IS THEREFORE ORDERED** that Defendants' *pro se* filings [Doc. Nos. 63, 64, 65 and 66] are hereby **STRICKEN** from the record and will not be considered.

**IT IS SO ORDERED** this 15th day of June, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge